IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


FRANK J. TEERS,              )
                             )
    Petitioner,              )
                             )        CIVIL ACTION NO.
    v.                       )         2:15cv178-MHT
                             )            (WO)
UNITED STATES OF             )
AMERICA,                     )
                             )
    Respondent.              )


                         OPINION

    Pursuant to 28 U.S.C. § 2255, petitioner, a federal

inmate, filed this lawsuit seeking habeas relief.  This

lawsuit is now before the court on the recommendation of

the United States Magistrate Judge that petitioner's writ

petition be denied.  Also before the court are

petitioner's objections to the recommendation.  After an

independent and de novo review of the record, the court

concludes that petitioner's objections should be

overruled and the magistrate judge's recommendation

adopted.

An appropriate judgment will be entered.

DONE, this the 31st day of May, 2017.

                    /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE